48,591-01,02,03,05,06
07,08

Texas Court of Criminal Appeals

Clerk of Court Abel Acosta

P.O. Box 12308

Austin, Texas 78711-2308


June 18, 2015


RE: Docket Sheet for Cause No. 779736


Dear Mr. Abel Acosta,

I am in need of a Docket Sheet for my Cause No. 779736.

I am working on a Habeas Corpus 11.07 and I need the docket sheet to help me with my filing my next 11.07 under Actual Innocence. Also for my files. I need all my previous filings with this honorable court.

Thank You for your help with this concern.


Respectfully

John Wayne Alexander

#830439    Eastham

2665 Prison Rd. #1

Lovelady, Texas 75851


RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 22 2015

Abel Acosta, Clerk